UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE PEREZ,

                Plaintiff,

        -against-

E. BRYANT, *et al.*,

                Defendants.

20-CV-0079 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff brings this action *pro se*. By order dated June 2, 2020, the Court directed Plaintiff to submit, within thirty days, an amended application to proceed *in forma pauperis* (IFP) or pay the $400 in fees required to bring a civil action in this Court. (ECF No. 8.) It appears that the Court's order was mailed to an incorrect address.

    The Court therefore directs the Clerk of Court to remail a copy of the Court's June 2, 2020 order (ECF No. 8), along with a copy of this order, to Plaintiff's address as reflected on the docket at 631 East 220th Street, Apt. #4B, Bronx, NY 10467.

    The Court grants Plaintiff thirty days from the date of this order to submit an amended IFP application or pay the $400 in fees required to bring a civil action in this Court. If Plaintiff fails to comply with this order within the time allowed, the Court will dismiss the action.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 28, 2020
        New York, New York

                                             COLLEEN McMAHON
                                     Chief United States District Judge