UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE PEREZ,

                Plaintiff,

    -against-

E. BRYANT, ET AL.,

                Defendants.

20-CV-0079 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 10, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended application to proceed *in forma pauperis* or pay the $400.00 in fees to bring this action.[1] *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 10, 2022
             New York, New York

                                          COLLEEN McMAHON
                                       United States District Judge

---

[1] At the time Plaintiff filed his complaint, the fees to file a federal civil action totaled $400.00. Those fees were increased to $402.00 as of December 1, 2020.